IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JUN 23 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:22 CR 323 |
| v. | ) | Title 18, United States Code, |
| JOHN PELTON, | ) | Sections 1001, 1030(a)(2), (b), |
| | ) | and (c)(2)(A) |
| Defendant. | ) | |

JUDGE RUIZ
MAG. JUDGE BAUGHMAN

COUNT 1
(Attempt to Access a Protected Computer and Obtain Information,
18 U.S.C. §§ 1030(a)(2), (b), and (c)(2)(A))

The First Assistant United States Attorney charges:

1. On or about January 12, 2021, in the Northern District of Ohio, Defendant JOHN PELTON did attempt to intentionally exceed authorized access and thereby obtain information from a protected computer, in violation of Title 18, United States Code, Sections 1030(a)(2)(C), (b), and (c)(2)(A).

COUNT 2
(Materially False Statement to Department of the United States, 18 U.S.C. § 1001)

The First Assistant United States Attorney charges:

2. On or about May 24, 2021, in the Northern District of Ohio, Defendant JOHN PELTON did willfully and knowingly make a materially false, fictitious, and fraudulent statement in a matter within the jurisdiction of the executive branch of the Government of United States, by misrepresenting to the Federal Bureau of Investigation his involvement in the purchase and

installation of keyloggers on two computers at Cleveland Public Power, in violation of Title 18, United States Code, Section 1001.

                                        MICHELLE M. BAEPPLER
                                        First Assistant United States Attorney

By: _____
      Daniel J. Riedl, Chief
      OCDETF Unit