UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-cr-00323 |
| Plaintiff, | JUDGE DAVID A. RUIZ |
| vs. | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| JOHN PELTON, | |
| Defendant. | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Thomas M. Parker regarding the change of plea hearing of Defendant John Pelton which was referred to the Magistrate Judge with the consent of the parties.

On June 23, 2022, the Government filed a two count Information, charging Defendant John Pelton with Attempt to Access a Protected Computer and Obtain Information in violation of 18 U.S.C. §§ 1030(a)(2), (b), and (c)(2)(A), and with Materially False Statement to Department of the United States in violation of 18 U.S.C. § 1001. Defendant John Pelton was arraigned on August 10, 2022, before Magistrate Judge Thomas M. Parker, and entered a plea of guilty to Count 1 and 2 of the Information. On August 10, 2022, Magistrate Judge Parker issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant John Pelton is found to be competent to enter a plea and to understand his constitutional rights.

He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant John Pelton is adjudged guilty of Count 1 and 2 of the Information, Attempt to Access a Protected Computer and Obtain Information, and Materially False Statement to Department of the United States, in violation of 18 U.S.C. §§ 1030(a)(2), (b), and (c)(2)(A), and 18 U.S.C. § 1001. This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will take place on November 16, 2022, at 10:00 a.m. either via Zoom or in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz*    October 5, 2022
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE