IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:22CR323 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN PELTON, | ) | |
| | ) | UNITED STATES' UNOPPOSED |
| Defendant. | ) | MOTION TO CONTINUE SENTENCING |

The United States of America, by and through its counsel, Michelle M. Baeppler, First Assistant United States Attorney, and Segev Phillips, Assistant U.S. Attorney, respectfully moves this Court to continue the sentencing hearing scheduled for November 16, 2022. This request is not for purposes of improper delay. Undersigned counsel is scheduled to be on military duty at the time of the sentencing hearing and will be unable to attend. Counsel for Defendant, Michael J. Goldberg, does not object to this request.

Respectfully submitted,

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By:  /s/ Segev Phillips
Segev Phillips (OH: 0090144)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3877
(216) 685-2378 (facsimile)
Segev.Phillips@usdoj.gov